UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Tamrat Tademe,

Plaintiff,

v.

St. Cloud State University,
a Minnesota State University,

Defendant.

Court File No. 00-1725 DSD/JMM

**STIPULATION AND ORDER**

The undersigned counsel for the parties come before the Court seeking a stipulated order for a brief extension of time in which Defendant may serve discovery responses upon the following terms:

WHEREAS, Plaintiff served written discovery upon Defendant, and Defendant's discovery responses were due on July 2, 2001; and

WHEREAS, Defendant has requested an extension of time in which to respond to discovery Plaintiff's responses and Plaintiff has no objection to such an extension of time; and

WHEREAS, Defendant anticipates completing its discovery responses on July 9, 2001; and

WHEREAS, The Scheduling Order in this matter sets the non-dispositive motion deadline for July 5, 2001; and

WHEREAS, Counsel for the parties have met and conferred by telephone on July 5, 2001 to discuss any areas in which the parties may have disputes, have agreed to a resolution of some disputes and have made progress toward resolving remaining disputes. The remaining areas of dispute cannot be resolved prior to July 9, 2001 because the person responsible for keeping the information sought by Plaintiff is out of town until July 9, 2001; and

WHEREAS, no other deadlines imposed by the Court's scheduling order would be affected by this stipulation;

FILED JUL 06 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ____
DEPUTY CLERK'S INITIALS ____

THEREFORE, the parties stipulate as follows, and request an order from the Court permitting the following:

1. Defendant may serve its discovery responses on July 9, 2001;

2. Any non-dispositive motions relating to such discovery may be served and filed no later than July 13, 2001;

3. All other deadlines imposed by the Court's Scheduling Order remain unaffected.

IT IS SO STIPULATED:

Date: __________, 2001

Leslie L. Lienemann
Attorney at Law
8400 Lyndale Avenue South
Suite 7
Bloomington, MN 55420
(952)346-0619

ATTORNEY FOR PLAINTIFF

Date: July 5, 2001

Gary Cunningham (by OWM)
Gary Cunningham, Asst. Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street
St. Paul, MN 55101

ATTORNEYS FOR DEFENDANT

IT IS SO ORDERED:

Date: ______, 2001

Magistrate Judge John M. Mason

THEREFORE, the parties stipulate as follows, and request an order from the Court permitting the following:

1. Defendant may serve its discovery responses on July 9, 2001;

2. Any non-dispositive motions relating to such discovery may be served and filed no later than July 13, 2001;

3. All other deadlines imposed by the Court's Scheduling Order remain unaffected.

IT IS SO STIPULATED:

Date: 7/5, 2001

Leslie L. Lienemann
Attorney at Law
8400 Lyndale Avenue South
Suite 7
Bloomington, MN 55420
(952)346-0619

ATTORNEY FOR PLAINTIFF

Date: ____________, 2001

Gary Cunningham, Asst. Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street
St. Paul, MN 55101

ATTORNEYS FOR DEFENDANT

IT IS SO ORDERED:

Date: 7/6, 2001

Magistrate Judge John M. Mason