UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Tamrat Tademe,

Plaintiff,

vs.

St. Cloud State University, a Minnesota State University

Defendant.

Court File No. 00-1725 DSD/JMM

**PROTECTIVE ORDER**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the Minnesota Government Data Practices Act, Minn. Stat. § 13.01 et seq. and specifically Minn. Stat. § 13.03, subd. 6, and the Stipulation of the parties, and based on a consideration of Plaintiff's claimed need for certain data relating to an investigation of Plaintiff's conduct which Defendant contends is classified as private data under Minn. Stat. §§ 13.32, 13.34, and 13.43, Defendant's interest in maintaining the confidentiality of the data and the privacy interests of the subjects of the data,

IT IS HEREBY ORDERED:

1. Subject to the restrictions set forth in paragraph 2 below, and any other defense objections or exception otherwise available to any discovery in this case raised by Defendant, Defendant produced the documents and information requested by Plaintiff in their discovery requests which Defendant contends include, consist of and/or contain data which Defendant contends are classified as private personnel data on individuals under Minn. Stat. §§ 13.32, 13.34 and 13.43.

2. The documents and information which include, consist of and/or contain data which Defendant contends are private data on individual as described above, will be subject to the following restrictions:

FILED AUG 0 3 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

a. They will be used solely in connection with the above-entitled litigation and will not be disclosed outside this litigation.

b. They shall not be disclosed by counsel during the course of trial preparation except to the following:

(i) Plaintiff, Plaintiff's counsel and such employees of Plaintiff's counsel who assist in the above-captioned litigation all of whom are bound by the terms of this Protective Order;

(ii) independent experts or consultants working with counsel for the Plaintiff who, prior to disclosure, sign an affidavit agreeing to be bound by the terms of this Protective Order; and

(iii) other persons, including deponents, whose assistance is required by counsel in conducting this litigation, as agreed to by counsel for the parties, provided that such other persons sign an affidavit, prior to disclosure, agreeing to be bound by the terms of this Protective Order and specifically agreeing that they will not disclose any private data disclosed to them outside this litigation.

c. Plaintiff's counsel agrees to maintain in her possession any and all copies of the documents and information produced pursuant to this Order and to return all such copies to the State Defendant's counsel at the close of this litigation. Documents containing protected data will be stamped "Not Public Data."

d. The parties agree that this Stipulation and Protective Order covers pretrial preparation only and does not cover submissions to the court or evidence to be offered at trial.

3. This Protective Order shall not apply to Plaintiff's counsel's use of statements and interviews, obtained by the Defendant from its employees, in discussions with the individuals

who gave them, provided that all discussions occur within the presence of Defendant's counsel in accordance with the Minn. R. Prof. Conduct 4.2.

4. This Protective Order is without prejudice to any existing right of a party to make any lawful use of information lawfully obtained apart from the discovery process, and the fact that information obtained apart from the discovery process is also contained in discovery materials shall have no effect on a party's existing right to make any lawful use of such information.

Dated: Aug 3, 2001

BY THE COURT

JOHN M. MASON
United States Magistrate Judge

AG: 494491,v. 01

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Court File No. 00-1725 DSD/JMM

Tamrat Tademe,

Plaintiff,

vs.

**STIPULATION FOR PROTECTIVE ORDER**

St. Cloud State University, a Minnesota State University

Defendant.

WHEREAS, as part of discovery in this matter, Plaintiff requested the production of documents and information relating to an investigation of Plaintiff's conduct which Defendant contends include, consist of and/or contain data classified as "private data" on individuals under the Minnesota Government Data Practices Act, Minn. Stat. § 13.01, et seq., and specifically under Minn. Stat. § 13.43; and

WHEREAS, under the terms of the attached Protective Order, Defendant has agreed not to use the above-referenced statutory classification as a basis for not producing the relevant requested documents and information;

PROVIDED, that this Stipulation will not estop Defendant from making any other defense objections, or exception otherwise available to any discovery in this case;

PROVIDED, that this Stipulation shall not constitute a waiver or estop the Plaintiff from moving to compel the production of any documents;

PROVIDED, nothing in this Stipulation shall prevent the parties from agreeing to further Stipulations for Protective Orders for other documents as this case develops.

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

IT IS HEREBY AGREED by and between the parties, through their respective counsel, that the attached Protective Order may be entered in the above-entitled matter.

Dated: 8/2, 2001

LESLIE L. LIENEMANN

210 North River Ridge Circle
Burnsville, Minnesota 55337
(952) 346-0619

ATTORNEY FOR PLAINTIFF

Dated: July 17, 2001, 2001

MIKE HATCH
Attorney General
State of Minnesota

GARY R. CUNNINGHAM
Assistant Attorney General
Atty. Reg. No. 180610

445 Minnesota Street, Suite 1100
St. Paul, Minnesota 55101-2128
(651) 282-5705 (Voice)
(651) 296-1410 (TTY)

ATTORNEYS FOR DEFENDANT

AG: 494474,v. 01

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

OFFICE OF THE CLERK
316 N. Robert St., Rm 708
St. Paul, MN 55101

## Clerks Notice In Re: Protective Order

---

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing confidential original documents with the Clerk of U. S. District Court. Failure to do so will cause the documents to be returned.

***Guidelines for filing with the Clerk:***

A. Documents are to be sealed (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 (LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 ½ x 11 inch white paper...flat and unfolded. This rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)

B. Each envelope must list the following information, and each document is to be in a separate envelope.
- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents).
- The word "SEALED" or "CONFIDENTIAL"

***Guidelines for filing with a U. S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U. S. District Judge or U. S. Magistrate Judge are to be marked accordingly and bound together as a set.

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500