UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Tamrat Tademe,

Plaintiff,

v.

St. Cloud State University,
a Minnesota State University,

Defendant.

Court File No. 00-1725 DSD/JMM

**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE**

---

The undersigned counsel for the parties come before the Court seeking a stipulated order setting the briefing schedule for Defendant's summary judgment motion.

WHEREAS, Local Rule 7.1 (b)(2) permits the parties to agree, without leave of court, upon a briefing schedule for service of opposing papers if opposing papers cannot be prepared within 21 days of service of the moving papers, and

WHEREAS, Defendant served Plaintiff with a motion for summary judgment on August 2, 2001; and

WHEREAS, Plaintiff's counsel cannot prepare opposing papers within 21 days due to a medical emergency in her family; and

WHEREAS, Defendant has agreed to the briefing schedule outlined below; and

WHEREAS, The Scheduling Order in this matter sets the deadline for filing dispositive motion papers as September 1, 2001;

THEREFORE, the parties stipulate as follows, and request an order from the Court permitting the following briefing schedule:

FILED AUG 15 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

1. Plaintiff may serve his papers opposing Defendant's motion for summary judgment on or before September 6, 2001;

2. Defendant may serve its reply memorandum on or before September 17, 2001;

3. Defendant may file all papers required by Local Rule 7.1(b) on September 17, 2001.

IT IS SO STIPULATED:

Date: 8-12, 2001

Leslie L. Lienemann
Attorney at Law
210 N. River Ridge Circle
Burnsville, MN 55337
(952)346-0619

ATTORNEY FOR PLAINTIFF

Date: 8-13, 2001

Gary Cunningham, Asst. Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street
St. Paul, MN 55101

ATTORNEYS FOR DEFENDANT

IT IS SO ORDERED:

Date: ______, 2001

Judge David S. Doty

1. Plaintiff may serve his papers opposing Defendant's motion for summary judgment on or before September 6, 2001;

2. Defendant may serve its reply memorandum on or before September 17, 2001;

3. Defendant may file all papers required by Local Rule 7.1(b) on September 17, 2001.

IT IS SO STIPULATED:

Date: 8-12, 2001

Leslie L. Lienemann
Attorney at Law
210 N. River Ridge Circle
Burnsville, MN 55337
(952)346-0619

ATTORNEY FOR PLAINTIFF

Date: ____________, 2001

Gary Cunningham, Asst. Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street
St. Paul, MN 55101

ATTORNEYS FOR DEFENDANT

IT IS SO ORDERED:

Date: 8/15, 2001

~~Judge David S. Doty~~
Magistrate Judge Jonathan Mason

## Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500